# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES GOLEMAN, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-0972-HE |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff James Goleman filed this action seeking judicial review of the final decision of defendant Acting Commissioner of the Social Security Administration ("Commissioner") denying his applications for disability insurance benefits and supplemental security income. Consistent with 28 U.S.C. § 636(b)(1)(B),(b)(3) and Fed.R.Civ.P. 72(b), the case was referred to Magistrate Judge Suzanne Mitchell, who recommends that the Commissioner's decision be affirmed.

Plaintiff filed his applications for benefits in February 2012. After an Administrative Law Judge ("ALJ") found that plaintiff was not disabled, the Appeals Council denied plaintiff's request for review. The ALJ's decision then became the final decision of the Commissioner.

Despite having received two extensions of time to file his objections, plaintiff did not object to the magistrate judge's thorough Report and Recommendation. He thereby waived his right to appellate review of the factual and legal issues it addressed. Casanova v.

Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010); *see* 28 U.S.C. §636(b)(1)(C).

Accordingly, the court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED**.

Dated this 24th day of June, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE